UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00361-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS DANIEL SANCHEZ,

    Defendant.

---

**ORDER**

---

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Monday, December 19, 2011,** and responses to these motions shall be filed by **Friday, December 30, 2011.** It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference will not be set at this time. The parties shall contact Chambers should a hearing become necessary. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, January 9, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: November 1, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE