UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00361-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. THOMAS DANIEL SANCHEZ,

    Defendant.

## ORDER

    THIS MATTER is before the Court on review of the file and correspondence received from Warden Marion Feather at the Federal Detention Center, SeaTac, Seattle, Washington. By way of background I note that on February 9, 2012, I ordered that Defendant be committed to the custody of the Attorney General for a psychiatric or psychological evaluation for a period not to exceed thirty (30) days unless an extension is requested and granted. According to the correspondence from the Warden Feather, Defendant did not arrive at FDC SeaTac for evaluation until March 12, 2012. Warden Feather requests that the 30-days allotted for evaluation begin on that date; meaning that the study period will end on April 11, 2012, and the final report submitted to the Court no later than April 25, 2012.

    I find that the requested extension is reasonable and it is hereby ORDERED that the extension shall be GRANTED.

Dated: March 22, 2012

                                BY THE COURT:

                                s/ Wiley Y. Daniel
                                Wiley Y. Daniel
                                Chief United States District Judge