UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00361-WYD

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  THOMAS DANIEL SANCHEZ,

     Defendant.

## ORDER REGARDING COMPETENCY

This matter initially came before me on the Motion to Determine Competency of

Defendant Pursuant to 18 U.S.C. § 4241, filed January 31, 2012 [ECF No. 27], by

counsel for Defendant Thomas Sanchez.  By Order dated February 9, 2012 [ECF No.

28], I granted the motion and concluded that pursuant to 18 U.S.C. § 4241(a),

"reasonable cause exists to believe that the defendant may presently be suffering from

a mental disease or defect rendering him mentally incompetent to the extent that he is

unable to understand the nature and consequences of the proceedings against him or

to assist properly in his defense."  I then ordered that Defendant be committed to the

custody of the Attorney General for a psychiatric or psychological evaluation by a

licensed certified psychiatrist or psychologist designated and provided by the Bureau of

Prisons.  That evaluation took place at the Federal Detention Center in Seattle,

Washington, and a report was submitted to the Court and counsel for the parties on

May 10, 2012.

The report concludes that "[f]rom the available information, there is no evidence to indicate that Mr. Sanchez currently suffers from a mental disorder that would substantially impair his present ability to understand the nature and consequences of the court proceedings brought against him, or impair his ability to assist counsel in his defense."  At a status conference on May 31, 2012, counsel for the parties indicated that they accept the conclusions contained in the report and have no objection to a finding by the Court that Defendant is competent to proceed in this matter based on the report.  In addition, counsel for Defendant stated that a hearing to determine competency pursuant to 18 U.S.C. § 4241(a) need not be conducted.

Therefore, I hereby accept the conclusions contained in report the find that Defendant is mentally competent to proceed in this matter within the meaning of 18 U.S.C. § 4241.

Dated:  June 4, 2012.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE