IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.   11-cr-00361-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  THOMAS DANIEL SANCHEZ,

      Defendant.

---

## ORDER

---

      THIS MATTER comes before the Court following the November 28, 2012 status conference.  Consistent with the colloquy on the record at that hearing, it is

      ORDERED that all pretrial motions shall be filed by **5:00 pm** on **December 7, 2012,** and responses to these motions shall be filed by **December 12, 2012.**  A hearing on any such motion is set for **December 17, 2012, at 9:00 a.m.**  It is

      FURTHER ORDERED that a four day jury trial is set for **January 22, 2013, at 8:30 a.m. in courtroom A-1002.**  A final trial preparation conference is set for **January 16, 2013 at 4:00 p.m.**

      Dated: November 29, 2012

                           BY THE COURT:


                           s/ Wiley Y. Daniel
                           Wiley Y. Daniel
                           Chief United States District Judge